**UNITED STATES of America, Plaintiff–Appellee**

v.

**Calvin EFFRON, Defendant–Appellant.**

No. 09–31057.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 2011.

Emily Katherine Greenfield, U.S. Attorney's Office, New Orleans, LA, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, Stephen Andrew Higginson, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, Assistant Federal Public Defender, Federal Public Defender's Office, New Orleans, LA, for Defendant–Appellant.

Before DAVIS, WIENER, and BENAVIDES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

PER CURIAM: *

Defendant–Appellant Calvin Effron appeals the district court's sentence imposed and admission of purported expert evidence. We have reviewed the briefs, the record, and the applicable law. We find no reversible error, and therefore AFFIRM Effron's conviction and sentence.